UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:25-cv-00338-WFJ-AAS

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 97.97.25.42 an individual,

    Defendant.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 97.97.25.42, are voluntarily dismissed with prejudice.

Dated: April 14, 2025

                                                Respectfully submitted,

                                                By: /s/ *Christian W. Waugh*
                                                Christian W. Waugh
                                                Waugh PLLC
                                                201 E. Pine Street
                                                Suite 315
                                                Orlando, FL 32801
                                                321-800-6008
                                                Email: cwaugh@waugh.legal